# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re: TE-KHI SERVICE CENTER, INC.                   §   Case No. 04-01849
                                                     §
         CENTER, SERVICE                             §
  Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Scott A. Chernich, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $551,733.05          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $679.13    Claims Discharged
                                            Without Payment: $193,994.32

Total Expenses of Administration: $749.44

---

3) Total gross receipts of $ 1,428.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,428.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,503,217.01 | $6,223,781.59 | $5,480.15 | $679.13 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 749.44 | 749.44 | 749.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,868.04 | 115,604.67 | 115,604.67 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,393.18 | 78,389.65 | 78,389.65 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,581,478.23 | $6,418,525.35 | $200,223.91 | $1,428.57 |

4) This case was originally filed under Chapter 7 on February 23, 2004. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/28/2015     By: /s/Scott A. Chernich
Trustee, Bar No.: 48893

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1994 International Semi-Tractor & 1986 Ford Van | 1129-000 | 714.29 |
| 1988 Chevrolet Van | 1129-000 | 714.28 |
| **TOTAL GROSS RECEIPTS** | | **$1,428.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | STATE OF MICHIGAN - DEPARTMENT OF TREASURY | 4800-000 | 460.01 | 460.01 | 460.01 | 57.01 |
| 13 | STATE OF MICHIGAN - DEPARTMENT OF TREASURY | 4800-070 | 1,448.00 | 5,020.14 | 5,020.14 | 622.12 |
| 14 | MADDEN, MICHAEL R. | 4110-000 | 255,000.00 | 966,046.99 | 0.00 | 0.00 |
| 21 | U S BANK NATIONAL ASSOC AS TRUSTEE | 4110-000 | 5,246,309.00 | 5,252,254.45 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,503,217.01** | **$6,223,781.59** | **$5,480.15** | **$679.13** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Scott A. Chernich, Chapter 7 Trustee | 2100-000 | N/A | 357.14 | 357.14 | 357.14 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Bank and Technology Service fee | 2600-000 | N/A | 92.30 | 92.30 | 92.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $749.44 | $749.44 | $749.44 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | EMMETT TOWNSHIP TREASURER | 5800-000 | 19,879.04 | 19,879.04 | 19,879.04 | 0.00 |
| 9 | STATE OF MICHIGAN - DEPARTMENT OF TREASURY | 5800-000 | 6,450.00 | 51,113.93 | 51,113.93 | 0.00 |
| 12 | STATE OF MICHIGAN - DEPARTMENT OF TREASURY | 5800-000 | 4,539.00 | 44,611.70 | 44,611.70 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $30,868.04 | $115,604.67 | $115,604.67 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PARTS ASSOCIATES, INC | 7100-000 | 799.74 | 828.02 | 828.02 | 0.00 |
| 2 | TRUCKERS SUPPLY INC. | 7100-000 | 135.18 | 135.18 | 135.18 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ROAD EQUIPMENT PARTS CENTER | 7100-000 | 9,124.09 | 10,256.56 | 10,256.56 | 0.00 |
| 5 | TERMINAL SUPPLY COMPANY | 7100-000 | 1,068.56 | 1,068.56 | 1,068.56 | 0.00 |
| 6 | MEEK ENTERPRISES | 7100-000 | 504.00 | 504.00 | 504.00 | 0.00 |
| 7 | RIKER PRODUCTS, INC. | 7100-000 | 681.96 | 681.96 | 681.96 | 0.00 |
| 10 | STATE OF MICHIGAN - DEPARTMENT OF TREASURY | 7100-000 | 460.00 | 11,323.31 | 11,323.31 | 0.00 |
| 11 | STATE OF MICHIGAN - DEPARTMENT OF TREASURY | 7100-000 | 11.00 | 10,309.47 | 10,309.47 | 0.00 |
| 15 | AQUILA, INC. | 7100-000 | 363.45 | 7,509.16 | 7,509.16 | 0.00 |
| 16 | AQUILA, INC. | 7100-000 | 422.03 | 422.03 | 422.03 | 0.00 |
| 17 | AQUILA, INC. | 7100-000 | 20.37 | 20.37 | 20.37 | 0.00 |
| 18 | WESTERN MICHIGAN FLEET PARTS, INC. | 7100-000 | 3,666.79 | 3,666.79 | 3,666.79 | 0.00 |
| 19 | THE GOODYEAR TIRE & RUBBER CO. | 7100-000 | 19,626.54 | 20,783.85 | 20,783.85 | 0.00 |
| 20 | Linde Gas LLC | 7100-000 | 350.82 | 350.82 | 350.82 | 0.00 |
| 22 | VALLEY TRUCK PARTS, INC. | 7100-000 | 5,809.90 | 6,180.82 | 6,180.82 | 0.00 |
| 23 | RIKER PRODUCTS, INC. | 7100-000 | 681.96 | 681.96 | 681.96 | 0.00 |
| 24 | WESTERN MICHIGAN FLEET PARTS, INC. | 7100-000 | 3,666.79 | 3,666.79 | 3,666.79 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$47,393.18** | **$78,389.65** | **$78,389.65** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-01849  
**Case Name:** TE-KHI SERVICE CENTER, INC.

**Trustee:** (420260) Scott A. Chernich  
**Filed (f) or Converted (c):** 06/16/10 (c)  
**§341(a) Meeting Date:** 08/06/10

**Period Ending:** 01/28/15  
**Claims Bar Date:** 04/22/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on Hand | 300.00 | 0.00 | | 0.00 | FA |
| 2  Bank accounts | 14,419.96 | 0.00 | OA | 0.00 | FA |
| 3  Accounts Receivable | 132,102.13 | 0.00 | OA | 0.00 | FA |
| 4  1994 International Semi-Tractor & 1986 Ford Van Trustee to sell | 7,000.00 | 714.29 | | 714.29 | FA |
| 5  Machinery | 8,710.00 | 0.00 | OA | 0.00 | FA |
| 6  Inventory | 373,700.96 | 0.00 | OA | 0.00 | FA |
| 7  Insider preference payment to Michael Madden | 22,500.00 | 22,500.00 | | 0.00 | FA |
| 8  1988 Chevrolet Van | 714.28 | 714.28 | | 714.28 | FA |
| **8  Assets  Totals** (Excluding unknown values) | **$559,447.33** | **$23,928.57** | | **$1,428.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

1-21-15 prepare TDR per Trustee; newly found asset will be minimal and it will take years before there is a settlement if any

7-1-14 rec'd phone call from ACRS Group re: class action settlement; having them look into a possible claim

6-15-14 TDR in June

4-15-14 TDR in May

3-24-14 pd dividends; TDR in April

2-24-14 TFR served; pay dividends on 3/24/14

2-7-14 TFR at UST

1-24-14 contacted UST and they do not have a record of receiving TFR; resend to Detroit

12-31-13 TFR at UST

6-28-13 TFR still at UST

4-1-13: TFR filed d/ct yet?

11-1-12: TFr still at UST

3-6-2012: TFR at UST

**Initial Projected Date Of Final Report (TFR):** December 31, 2014   **Current Projected Date Of Final Report (TFR):** December 31, 2015

January 28, 2015  
_____  
Date

/s/ Scott A. Chernich  
_____  
Scott A. Chernich

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 04-01849  
**Case Name:** TE-KHI SERVICE CENTER, INC.  
**Taxpayer ID #:** **-***1198  
**Period Ending:** 01/28/15

**Trustee:** Scott A. Chernich (420260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******44-66 - Checking Account  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/12 | | Te-Kon Travel Court, Inc. | Sale of assets | | 1,428.57 | | 1,428.57 |
| | {4} | | 714.29 | 1129-000 | | | 1,428.57 |
| | {8} | | 714.28 | 1129-000 | | | 1,428.57 |
| 03/22/12 | | Bank and Technology Service fee | Bank and Technology Service fee | 2600-000 | | 92.30 | 1,336.27 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,311.27 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,286.27 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001042026088 20130110 | 9999-000 | | 1,286.27 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 1,428.57 | 1,428.57 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 1,286.27 | |
| | | **Subtotal** | | | 1,428.57 | 142.30 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,428.57** | **$142.30** | |

{} Asset reference(s)

Printed: 01/28/2015 10:05 AM    V.13.21

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-01849 | | Trustee: | Scott A. Chernich (420260) |
|---|---|---|---|---|
| Case Name: | TE-KHI SERVICE CENTER, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4366 - Checking Account |
| Taxpayer ID #: | **-***1198 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 01/28/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,286.27 | | 1,286.27 |
| 03/24/14 | 10101 | Scott A. Chernich, Chapter 7 Trustee | Dividend paid 100.00% on $357.14, Trustee Compensation;  Reference: | 2100-000 | | 357.14 | 929.13 |
| 03/24/14 | 10102 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 679.13 |
| 03/24/14 | 10103 | STATE OF MICHIGAN - DEPARTMENT OF TREASURY | Dividend paid  12.39% on $460.01; Claim# 8; Filed: $460.01; Reference: | 4800-000 | | 57.01 | 622.12 |
| 03/24/14 | 10104 | STATE OF MICHIGAN - DEPARTMENT OF TREASURY | Dividend paid  12.39% on $5,020.14; Claim# 13; Filed: $5,020.14; Reference: | 4800-070 | | 622.12 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 1,286.27 | 1,286.27 | $0.00 |
| | Less: Bank Transfers | | 1,286.27 | 0.00 | |
| | Subtotal | | 0.00 | 1,286.27 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $1,286.27 | |

| Net Receipts : | 1,428.57 |
|---|---|
| Net Estate : | $1,428.57 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******44-66 | 1,428.57 | 142.30 | 0.00 |
| Checking # ******4366 | 0.00 | 1,286.27 | 0.00 |
| | $1,428.57 | $1,428.57 | $0.00 |

January 28, 2015                                              /s/ Scott A. Chernich
_____                                      _____
        Date                                                           Scott A. Chernich

{} Asset reference(s)                                                                  Printed: 01/28/2015 10:05 AM        V.13.21